# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-3046

_____

United States of America

*Plaintiff - Appellee*

v.

Scott Allen Johnson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: December 26, 2013
Filed: January 7, 2014
[Unpublished]

_____

Before WOLLMAN, BYE, and KELLY, Circuit Judges.

_____

PER CURIAM.

Scott Johnson appeals the sentence imposed by the district court[1] after he pleaded guilty to a drug offense. On appeal, Johnson's counsel has moved to

_____

[1]The Honorable Greg Kays, United States District Judge for the Western District of Missouri.

withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence is substantively unreasonable.

Upon careful review, we conclude that Johnson's sentence is not substantively unreasonable. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (appellate review of sentencing decision); <u>United States v. Zauner</u>, 688 F.3d 426, 429-30 (8th Cir. 2012) (when district court varies downward from presumptively reasonable Guidelines sentence, it is nearly inconceivable that court abused its discretion in not varying downward even further). Further, having independently reviewed the record in accordance with <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues. Therefore, we grant counsel's motion to withdraw. The judgment is affirmed.

_____